**Order entered October 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01004-CR
No. 05-12-01005-CR

**QUENTARRIUS DEONTRAY BALDWIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court
Dallas County, Texas
Trial Court Cause Nos. F11-54128-W, F11-54133-W**

## ORDER

On June 3, 2013, we ordered the Dallas County District Clerk to prepare and file supplemental clerk's records containing a detailed itemization of the costs assessed in these cases, including but not limited to, specific court costs, fees, and court appointed attorney fees. On June 11, 2013, the Dallas County District Clerk filed supplemental clerk's records. However, the detail itemization of costs included in the supplemental records does not comply with the Texas Code of Criminal Procedure. *See* TEX. CODE CRIM. PROC. ANN. arts. 103.001, 103.006 (West 2006).

Accordingly, we **ORDER** the Dallas County District Clerk to file, within seven days of the date of this order, second supplemental clerk's records that contain a detailed itemization of the costs assessed in these cases that comply with articles 103.001 and 103.006 of the Texas Code of Criminal

Procedure. *See id.* art. 103.001 ("A cost is not payable by the person charged with the cost until a written bill is produced or is ready to be produced, containing the items of cost, *signed by the officer who charged the cost or the officer who is entitled to receive payment for the cost*.") emphasis added); 103.006 ("If a criminal action or proceeding . . . is appealed, an officer of the court *shall certify and sign* a bill of costs stating the costs that have accrued and send the bill of cost to the court to which the action or proceeding is . . . appealed) (emphasis added).


/s/     LANA MYERS
          JUSTICE